IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JULIE L. MURACK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FARMERS ALLIANCE MUTUAL<br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CV 24–1–BU–DLC<br><br><br>ORDER |

　　　Plaintiff Julie L. Murack has filed a notice of dismissal in the above-captioned matter.

　　　Accordingly, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1).  The Clerk of Court is directed to close this file.

　　　DATED this 7th day of June, 2024.

　　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　　United States District Court

-1-